DEBTOR: 0 Thomas Sweeney    CASE NUMBER: 0 200070C

## CASH FLOW STATEMENT - INDIVIDUAL DEBTOR(S)

Month Reporting: January-00

### CASH FLOW SUMMARY (SEE NOTE A)

1. Beginning Cash Balance ..... $ 3804.00 (1)
2. Cash Receipts
   - Wages
   - Sole Proprietorship Revenues
   - Draws from owned entities other than Sole Prop ..... 15,204
   - Rental Income
   - Other    —
   - Total Cash Receipts ..... $ 15,204.00
3. Cash Disbursements
   - Rent or home mortgage payment ..... $ 1950.00
   - Utilities and Telephone Expenses ..... 387.-
   - Home maintenance (repairs/upkeep) ..... 570.-
   - Food / Groceries ..... 1256.-
   - Insurance payments
   - Installment payments (including auto)
   - Transportation (not including car payments) ..... 360.00
   - Legal / Professional Fees / U.S. Trustee Fees
   - Sole Proprietorship Expenses
   - Rental property expenses / repairs
   - Other  family payments ..... 11040
   - Other  transfers into business ..... 1,500
   - Other
   - Miscellaneous ..... 682
   - Total Cash Disbursements ..... $ 17,025.00
4. Net Cash Flow for Month (Total Cash Receipts less Total Cash Disbursements) ..... 0.00
5. Ending Cash Balance ..... $ 1983.00

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | |
|---|---|
| Total Disbursements for the Month (from above) | 17,025.00 |
| Less: Transfers between bank accounts | |
| Add: Any amounts paid on behalf of the debtor by others | |
| Disbursements for U.S. Trustee Fee Calculation | 650.00 |

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.    Rev 2012-06
(1) Current month beginning cash balance should equal the previous month's ending balance.    PAGE 2

**DEBTOR:** Thomas Sweeney     0          **Case Number:** 20-00070 S

## BANK RECONCILIATIONS

| Month ending: Jan-00 | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: Eagle | | | | |
| Last four digits of account | 1359 | | | |
| Purpose of Acct (Personal or Business) | Personal | | | |
| Type of account (Checking or Savings) | check | | | |
| **Balance per Bank Statement** | | | | |
| ADD: Deposits not credited (attach list) | | | | |
| SUBTRACT: Outstanding check (attach list) | | | | |
| Other reconciling items (attach list) | | | | |
| Month end Balance (Must agree with books) | 1,983.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL OF ALL ACCOUNTS** | 1,983. | | | 0.00 (2) |

Note: Attach a copy of the bank statement and bank reconciliation for each account

### AMOUNTS OWED TO OTHERS at the end of the Month (post petition)

| | |
|---|---|
| - Personally (attach list stating who, amount, when due) | |
| - Business (if applicable) (attach list) | |
| **TOTAL OWED POST PETITION** | 0.00 |

### AMOUNTS OWED TO YOU at the end of the Month (both pre and post petition)

| | |
|---|---|
| - Personally (attach list stating who, amount, when due) | |
| - Business (if applicable) (attach list) | |
| **TOTAL AMOUNT OWED TO YOU** | 0.00 |

## NARRATIVE

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring transactions that are reported in the cash flow statement and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

> Strange month - my spending/lifestyle totally different. Am small biz owner so perilous time psychologically. Youngest daughter quarantined over month in California. Unable get PPP loan I think because bankruptcy. Work in office each day because biz considered essential - supply radio media

(2) Total of all accounts should equal page 2, line 5 - Ending Cash Balance.

Rev. 2012-06
PAGE 3

DEBTOR: _Thomas Sweeney_    CASE NO: _2000 70 C_

## CASH RECEIPTS DETAIL (SEE NOTE A)

For Period: _____ to _____

*(attach additional sheets as necessary)*

**Debtor In Possession Account:** _____

| Date  | Payer                   | Description | Amount    |
|-------|-------------------------|-------------|-----------|
| 03/11 | North American Network  | Draw        | 5100.00   |
| 03/13 | North American Network  | Draw        | 5004.00   |
| 03/30 | North American Network  | Draw        | 5100.00   |
|       |                         |             |           |

Total automatic credits for the month which identify source of deposit _____

Total Cash Receipts    $ _15204_ 0.00 (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash receipts listed on page 2.*

Rev. 2012-06
PAGE 4

DEBTOR: Thomas Sweeney   CASE NO: 2000700

## CASH DISBURSEMENTS DETAIL (SEE NOTE A)
For Period: 1/0/00 to 1/0/00

*(attach additional sheets as necessary)*

Debtor In Possession Account: _____

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 03 09 | 1002 | Lara Sweeney | Family payment | 1500 |
| 03 20 | 1006 | Lara Sweeney | Family pay --- | 1500 |
| 03 23 | 1001 | Watassa | Rent | 1950 |
| 03 16 | 1004 | Lara Sweeney | Family pay | 1500 |
| 03 16 | 1005 | Mia Sweeney | Family pay | 3000 |
| 03 31 | 1003 | Marenco | Cleaner | 78 |
| 03 31 | 1009 | Lara Sweeney | Family pay | 3000 |
| 03 03 | Transfer debit | North American Network | Transfer into business | 1,500 |

Total automatic debits for the month which identify who is paid   2997.00

Total Cash Disbursements   $ _1725_.00 (1)

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

(1) Total for all accounts should agree with total cash disbursements listed on page 2.

Rev. 2012-06
PAGE 5

# INCOME AND DISBURSEMENTS RECAP

Debtor: _____0_____    Case Number: _____0_____

Date Case was filed: _____

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date. It serves as a running total of overall income, expenses and net income (or loss) for the case.

| | Year: | | | | Year: | | |
|---|---|---|---|---|---|---|---|
| | Income | Expenses | Net Inc/ (Loss) | | Income | Expenses | Net Inc/ (Loss) |
| Jan | | | - | | | | - |
| Feb 7th | 16258 | 13072 | +3186 | | | | - |
| Mar | 15204 | 17025 | -1821 | | | | - |
| Apr | | | - | | | | - |
| May | | | - | | | | - |
| Jun | | | - | | | | - |
| Jul | | | - | | | | - |
| Aug | | | - | | | | - |
| Sep | | | - | | | | - |
| Oct | | | - | | | | - |
| Nov | | | - | | | | - |
| Dec | | | - | | | | - |
| TOTAL | - | - | - | - | - | - | - |

Rev. 2012-06
PAGE 6

# EagleBank

7815 Woodmont Avenue, Bethesda, MD 20814
301.986.1800 | TeleBank 1.800.364.8313

Last statement: February 15, 2020
This statement: March 15, 2020
Total days in statement period: 29

2074
TOM P SWEENEY
DEBTOR IN POSSESSION
CASE NO.20-00070
1409 15TH ST NW
WASHINGTON DC 20005-1929

Page 1
1359
( 9 )

Direct inquiries to:
301-986-1800

EagleBank
7815 Woodmont Ave
Bethesda MD 20814

**FOR CYBER SAFETY TIPS, VISIT EAGLEBANKCORP.COM/SECURITY.**

## Eagle Relationship Checking

| | | | |
|---|---|---|---|
| Account number | 1100021359 | Beginning balance | $4,558.30 |
| Enclosures | 9 | Total additions | 21,204.00 |
| Low balance | $19.21 | Total subtractions | 15,824.82 |
| Average balance | $3,157.61 | Ending balance | $9,937.48 |
| Avg collected balance | $3,157 | | |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1 | 02-20 | 4,200.00 | 1002 * | 03-09 | 1,500.00 |
| 1 * | 02-21 | 2,500.00 | | | |
| 1 * | 02-21 | 3,300.00 | | | |

* Skip in check sequence

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 02-21 | Debit Memo | 312.00 |
| 02-28 | Debit Memo | 1,508.00 |
| 02-28 | ' POS Purchase | 31.78 |
| | POS PURCHASE TERMINAL 7637-53 T-MOBILE | |
| | WASHINGTO DC 02-28-20 11:32 AM XXXXXXXXXXXX5996 | |
| 03-02 | ' POS Purchase | 2.12 |
| | MERCHANT PURCHASE TERMINAL 02305370 CVS/PHARMACY #0621 | |
| | 4 WASHINGTO DC 02-28-20 12:00 AM XXXXXXXXXXXX5996 | |
| 03-02 | ' POS Purchase | 6.89 |
| | MERCHANT PURCHASE TERMINAL 55432860 SQ *UVC | |
| | Washingto DC 03-01-20 12:00 AM XXXXXXXXXXXX5996 | |



Member FDIC

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

**EAGLEBANK**

TOM P SWEENEY                                              Page 2
March 15, 2020                                             ████1359

| Date  | Description | Subtractions |
|-------|-------------|--------------|
| 03-02 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55310200 CHIPOTLE 2039<br>WASHINGTO DC 02-28-20 12:00 AM XXXXXXXXXXXX5996 | 8.75 |
| 03-02 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55310200 0886 AMC MAZZA GAL<br>LERI WASHINGTO DC 02-29-20 12:00 AM XXXXXXXXXXXX5996 | 10.59 |
| 03-02 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 05436840 METRO 011-FRNDSHP<br>HGTS WASHINGTO DC 02-27-20 12:00 AM XXXXXXXXXXXX5996 | 15.00 |
| 03-02 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 02305370 WHOLEFDS PST 10135<br>WASHINGTO DC 03-01-20 12:00 AM XXXXXXXXXXXX5996 | 23.00 |
| 03-02 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 25247800 KEREN CAFE & RESTA<br>URAN WASHINGTO DC 02-29-20 12:00 AM XXXXXXXXXXXX5996 | 32.27 |
| 03-02 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 02305370 WHOLEFDS PST 10135<br>WASHINGTO DC 03-01-20 12:00 AM XXXXXXXXXXXX5996 | 33.37 |
| 03-03 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55432860 SQ *UVC<br>Washingto DC 03-02-20 12:00 AM XXXXXXXXXXXX5996 | 9.05 |
| 03-03 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 25247800 KEREN CAFE & RESTA<br>URAN WASHINGTO DC 03-02-20 12:00 AM XXXXXXXXXXXX5996 | 15.99 |
| 03-03 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 85133310 JoJo Restaurant An<br>d Ba Washingto DC 03-01-20 12:00 AM XXXXXXXXXXXX5996 | 30.80 |
| 03-03 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55432860 DC *GOV'T PAYMENT<br>202-727-1 DC 03-02-20 12:00 AM XXXXXXXXXXXX5996 | 39.00 |
| 03-03 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55310200 KNIGHTS OF COLUMBU<br>S FA 203752436 DC 03-03-20 12:00 AM XXXXXXXXXXXX5996 | 150.00 |
| 03-03 | ' Transfer Debit<br>TRANSFER TO DEPOSIT ACCOUNT XXXXXXX3715 | 1,500.00 |
| 03-04 | ' A2A Pmt Debit<br>TERMINAL 59220837 PAYPAL *ACCESSORY<br>M EB SAN JOSE CA 03-04-20 2:54 PM XXXXXXXXXXXX5996 | 5.57 |
| 03-04 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55432860 SQ *UVC<br>Washingto DC 03-03-20 12:00 AM XXXXXXXXXXXX5996 | 7.97 |
| 03-04 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 05436840 METRO 011-FRNDSHP<br>HGTS WASHINGTO DC 03-02-20 12:00 AM XXXXXXXXXXXX5996 | 15.00 |
| 03-04 | ' POS Purchase<br>POS PURCHASE TERMINAL 98874001 WHOLEFDS PST 101<br>WASHINGTO DC 03-03-20 10:16 PM XXXXXXXXXXXX5996 | 19.10 |



**EAGLEBANK**

TOM P SWEENEY  
March 15, 2020

Page 3  
1359

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 03-05 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55432860 SQ *UVC<br>Washingto DC 03-04-20 12:00 AM XXXXXXXXXXXX5996 | 8.51 |
| 03-05 | ' POS Purchase<br>POS PURCHASE TERMINAL 98874001 WHOLEFDS PST 101<br>WASHINGTO DC 03-05-20 8:35 AM XXXXXXXXXXXX5996 | 32.24 |
| 03-06 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55432860 SQ *GRAND CAB LLC<br>greenbelt MD 03-05-20 12:00 AM XXXXXXXXXXXX5996 | 6.08 |
| 03-06 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55432860 SQ *UVC<br>WASHINGTO DC 03-05-20 12:00 AM XXXXXXXXXXXX5996 | 7.16 |
| 03-06 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55429500 PAYPAL *HUANJIANPI<br>N EB 402935773 CA 03-05-20 12:00 AM XXXXXXXXXXXX5996 | 8.11 |
| 03-06 | ' POS Purchase<br>POS PURCHASE TERMINAL 98874001 WHOLEFDS PST 101<br>WASHINGTO DC 03-06-20 8:21 AM XXXXXXXXXXXX5996 | 18.42 |
| 03-09 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55432860 SQ *GRAND CAB COMP<br>ANY Washingto DC 03-07-20 12:00 AM XXXXXXXXXXXX5996 | 6.62 |
| 03-09 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 05259580 WISEGUY PIZZA WASH<br>INGT WASHINGTO DC 03-09-20 12:00 AM XXXXXXXXXXXX5996 | 7.24 |
| 03-09 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55490400 TAXI SVC WASHINGTO<br>N WASHINGTO DC 03-07-20 12:00 AM XXXXXXXXXXXX5996 | 7.43 |
| 03-09 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55432860 SQ *UVC<br>Washingto DC 03-08-20 12:00 AM XXXXXXXXXXXX5996 | 8.51 |
| 03-09 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55432860 SQ *ICE CREAM JUBI<br>LEE Washingto DC 03-08-20 12:00 AM XXXXXXXXXXXX5996 | 9.76 |
| 03-09 | ' POS Pch Cash Back<br>POS PCH CSH BACK TERMINAL 98874001 WHOLEFDS 1440 P S<br>T NW WASHINGTO DC 03-08-20 9:55 AM XXXXXXXXXXXX5996 | 10.45 |
| 03-09 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55432860 SQ *UVC INC<br>Washingto DC 03-06-20 12:00 AM XXXXXXXXXXXX5996 | 10.50 |
| 03-09 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 02305370 CVS/PHARMACY #0281<br>7 WASHINGTO DC 03-07-20 12:00 AM XXXXXXXXXXXX5996 | 12.02 |
| 03-09 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55490400 TAXI SVC WASHINGTO<br>N DC WASHINGTO DC 03-07-20 12:00 AM XXXXXXXXXXXX5996 | 14.18 |
| 03-09 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 05436840 METRO 006-DUPONT C<br>IRCL WASHINGTO DC 03-05-20 12:00 AM XXXXXXXXXXXX5996 | 15.00 |

**EAGLEBANK**

TOM P SWEENEY  
March 15, 2020

Page 4  
1359

| Date | Description | Subtractions |
|---|---|---|
| 03-09 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 75185820 FOUR SEASONS CLEAN ERS WASHINGTO DC 03-07-20 12:00 AM XXXXXXXXXXXX5996 | 18.33 |
| 03-09 | ' POS Purchase<br>POS PURCHASE TERMINAL 98874001 WHOLEFDS PST 101 WASHINGTO DC 03-08-20 9:27 PM XXXXXXXXXXXX5996 | 21.03 |
| 03-09 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 02305370 WHOLEFDS PST 10135 WASHINGTO DC 03-07-20 12:00 AM XXXXXXXXXXXX5996 | 22.50 |
| 03-09 | ' POS Purchase<br>POS PURCHASE TERMINAL 98874001 WHOLEFDS PST 101 WASHINGTO DC 03-07-20 8:30 AM XXXXXXXXXXXX5996 | 32.49 |
| 03-09 | ' POS Purchase<br>POS PURCHASE TERMINAL 38998401 BP#9314741LOGAN CI RCLE WASHINGTO DC 03-08-20 9:09 PM XXXXXXXXXXXX5996 | 40.62 |
| 03-10 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 75265860 YARDS - LOTS H/I WASHINGTO DC 03-08-20 12:00 AM XXXXXXXXXXXX5996 | 7.50 |
| 03-10 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 02305370 WHOLEFDS PST 10135 WASHINGTO DC 03-09-20 12:00 AM XXXXXXXXXXXX5996 | 15.79 |
| 03-10 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55310200 CHEESECAKE WASHING TON WASHINGTO DC 03-09-20 12:00 AM XXXXXXXXXXXX5996 | 22.35 |
| 03-11 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55429500 PP*KOACH DBA DC VI P WASHINGTO DC 03-09-20 12:00 AM XXXXXXXXXXXX5996 | 9.05 |
| 03-12 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55417340 IMPARK00510157A WASHINGTO DC 03-09-20 12:00 AM XXXXXXXXXXXX5996 | 5.00 |
| 03-12 | ' POS Purchase<br>POS PURCHASE TERMINAL 98874001 WHOLEFDS PST 101 WASHINGTO DC 03-12-20 8:50 AM XXXXXXXXXXXX5996 | 30.60 |
| 03-12 | ' Preauthorized Wd<br>COMCAST CABLE SVC 200312<br>1854168 | 86.78 |
| 03-13 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 85450930 NORTH AMERICAN NET WORK WASHINGTO DC 03-12-20 12:00 AM XXXXXXXXXXXX5996 | 1.00 |
| 03-13 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55432860 SQ *UVC WASHINGTO DC 03-12-20 12:00 AM XXXXXXXXXXXX5996 | 7.35 |
| 03-13 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 02305370 CVS/PHARMACY #0281 7 WASHINGTO DC 03-12-20 12:00 AM XXXXXXXXXXXX5996 | 10.36 |
| 03-13 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55309590 BLUEMERCURY P STRE ET WASHINGTO DC 03-12-20 12:00 AM XXXXXXXXXXXX5996 | 15.90 |

**EAGLEBANK**

TOM P SWEENEY  
March 15, 2020

Page 5  
1359

| Date | Description | Subtractions |
|---|---|---|
| 03-13 | ' POS Purchase<br>POS PURCHASE TERMINAL 98874001 WHOLEFDS PST 101<br>WASHINGTO DC 03-13-20 8:41 AM XXXXXXXXXXXX5996 | 16.69 |
| 03-15 | ' Service Charge<br>IMAGE STMT | 3.00 |

**CREDITS**

| Date | Description | Additions |
|---|---|---|
| 02-21 | ' Transfer Credit<br>TRANSFER FROM DEPOSIT ACCOUNT XXXXXXX3715 | 5,400.00 |
| 02-21 | ' Transfer Credit<br>TRANSFER FROM DEPOSIT ACCOUNT XXXXXXX3715 | 600.00 |
| 02-27 | Deposit | 5,100.00 |
| 03-11 | Deposit | 5,100.00 |
| 03-13 | Deposit | 5,004.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-15 | 4,558.30 | 03-03 | 1,929.69 | 03-11 | 5,110.16 |
| 02-20 | 358.30 | 03-04 | 1,882.05 | 03-12 | 4,987.78 |
| 02-21 | 246.30 | 03-05 | 1,841.30 | 03-13 | 9,940.48 |
| 02-27 | 5,346.30 | 03-06 | 1,801.53 | 03-15 | 9,937.48 |
| 02-28 | 3,806.52 | 03-09 | 64.85 | | |
| 03-02 | 3,674.53 | 03-10 | 19.21 | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with EagleBank*

**EAGLEBANK**

TOM P SWEENEY  
April 15, 2020

Page 6  
1359

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with EagleBank*

# EagleBank

7815 Woodmont Avenue, Bethesda, MD 20814
301.986.1800 | TeleBank 1.800.364.8313
Last statement: March 15, 2020
This statement: April 15, 2020
Total days in statement period: 31

Page 1
~~~~~~~~~~~359
( 9 )

Direct inquiries to:
301-986-1800

EagleBank
7815 Woodmont Ave
Bethesda MD 20814

2113
TOM P SWEENEY
DEBTOR IN POSSESSION
CASE NO.20-00070
1409 15TH ST NW
WASHINGTON DC 20005-1929

FOR CYBER SAFETY TIPS, VISIT EAGLEBANKCORP.COM/SECURITY.

## Eagle Relationship Checking

| | | | | |
|---|---|---|---|---|
| Account number | 1100021359 | Beginning balance | $9,937.48 |
| Enclosures | 9 | Total additions | 25,506.00 |
| Low balance | $74.04 | Total subtractions | 20,793.10 |
| Average balance | $5,340.31 | Ending balance | $14,650.38 |
| Avg collected balance | $5,340 | | |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1001 | 03-23 | 1,950.00 | 1007 | 04-10 | 2,400.00 |
| 1003 * | 03-31 | 78.00 | 1009 * | 03-31 | 3,000.00 |
| 1004 | 03-16 | 1,500.00 | 1010 | 04-07 | 1,500.00 |
| 1005 | 03-16 | 3,000.00 | 1011 | 04-03 | 1,987.66 |
| 1006 | 03-20 | 1,500.00 | | | |

* Skip in check sequence

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 03-16 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55432730 DC PARKING METERS<br>WASHINGTO DC 03-13-20 12:00 AM XXXXXXXXXXXX5996 | 1.00 |
| 03-16 | ' POS Purchase<br>POS PURCHASE TERMINAL 30281704 CVS/PHARMACY #02<br>WASHINGTO DC 03-15-20 11:54 AM XXXXXXXXXXXX5996 | 3.17 |
| 03-16 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 02305370 CVS/PHARMACY #0281<br>7 WASHINGTO DC 03-13-20 12:00 AM XXXXXXXXXXXX5996 | 4.59 |

Member FDIC
EGL201001

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION



**EAGLEBANK**

TOM P SWEENEY                                                                Page 2
April 15, 2020                                                               1359

| Date  | Description | Subtractions |
|-------|-------------|-------------:|
| 03-16 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55490400 TAXI SVC WASHINGTO<br>N WASHINGTO DC 03-13-20 12:00 AM XXXXXXXXXXXX5996 | 6.89 |
| 03-16 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 02305370 CVS/PHARMACY #0281<br>7 WASHINGTO DC 03-14-20 12:00 AM XXXXXXXXXXXX5996 | 11.65 |
| 03-16 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55490400 TAXI SVC WASHINGTO<br>N WASHINGTO DC 03-12-20 12:00 AM XXXXXXXXXXXX5996 | 21.70 |
| 03-16 | ' POS Purchase<br>POS PURCHASE TERMINAL 98874001 WHOLEFDS PST 101<br>WASHINGTO DC 03-14-20 12:57 PM XXXXXXXXXXXX5996 | 28.55 |
| 03-16 | ' POS Purchase<br>POS PURCHASE TERMINAL 98874001 WHOLEFDS PST 101<br>WASHINGTO DC 03-14-20 7:52 AM XXXXXXXXXXXX5996 | 39.47 |
| 03-16 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55310200 CHEESECAKE WASHING<br>TON WASHINGTO DC 03-14-20 12:00 AM XXXXXXXXXXXX5996 | 42.99 |
| 03-16 | ' POS Purchase<br>POS PURCHASE TERMINAL 29274001 TJMAXX #0 1776 E J<br>EFFE ROCKVILLE MD 03-15-20 2:19 PM XXXXXXXXXXXX5996 | 43.43 |
| 03-16 | ' POS Pch Cash Back<br>POS PCH CSH BACK TERMINAL 30281704 CVS/PHARM 02817--1<br>418 WASHINGTO DC 03-15-20 3:23 PM XXXXXXXXXXXX5996 | 57.52 |
| 03-16 | ' POS Purchase<br>POS PURCHASE TERMINAL 98874001 WHOLEFDS PST 101<br>WASHINGTO DC 03-15-20 12:08 PM XXXXXXXXXXXX5996 | 127.14 |
| 03-17 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 02305370 WHOLEFDS PST 10135<br>WASHINGTO DC 03-16-20 12:00 AM XXXXXXXXXXXX5996 | 15.49 |
| 03-17 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 25247800 KEREN CAFE & RESTA<br>URAN WASHINGTO DC 03-16-20 12:00 AM XXXXXXXXXXXX5996 | 17.09 |
| 03-17 | ' POS Purchase<br>POS PURCHASE TERMINAL 98874001 WHOLEFDS PST 101<br>WASHINGTO DC 03-17-20 6:31 PM XXXXXXXXXXXX5996 | 91.63 |
| 03-18 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55429500 PP*KOACH DBA DC VI<br>P WASHINGTO DC 03-17-20 12:00 AM XXXXXXXXXXXX5996 | 17.00 |
| 03-18 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55490400 TAXI SVC WASHINGTO<br>N WASHINGTO DC 03-16-20 12:00 AM XXXXXXXXXXXX5996 | 17.45 |
| 03-18 | ' POS Pch Cash Back<br>POS PCH CSH BACK TERMINAL 03555453 COST PLUS WLD #302<br>WASHINGTO DC 03-18-20 2:14 PM XXXXXXXXXXXX5996 | 33.99 |
| 03-19 | ' POS Pch Cash Back<br>POS PCH CSH BACK TERMINAL 03555453 COST PLUS WLD #302<br>WASHINGTO DC 03-19-20 2:04 PM XXXXXXXXXXXX5996 | 46.15 |



**EAGLEBANK**

TOM P SWEENEY    Page 2
April 15, 2020    ▓▓▓▓1359

| Date | Description | Subtractions |
|---|---|---|
| 03-16 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55490400 TAXI SVC WASHINGTO<br>N WASHINGTO DC 03-13-20 12:00 AM XXXXXXXXXXXX5996 | 6.89 |
| 03-16 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 02305370 CVS/PHARMACY #0281<br>7 WASHINGTO DC 03-14-20 12:00 AM XXXXXXXXXXXX5996 | 11.65 |
| 03-16 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55490400 TAXI SVC WASHINGTO<br>N WASHINGTO DC 03-12-20 12:00 AM XXXXXXXXXXXX5996 | 21.70 |
| 03-16 | ' POS Purchase<br>POS PURCHASE TERMINAL 98874001 WHOLEFDS PST 101<br>WASHINGTO DC 03-14-20 12:57 PM XXXXXXXXXXXX5996 | 28.55 |
| 03-16 | ' POS Purchase<br>POS PURCHASE TERMINAL 98874001 WHOLEFDS PST 101<br>WASHINGTO DC 03-14-20 7:52 AM XXXXXXXXXXXX5996 | 39.47 |
| 03-16 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55310200 CHEESECAKE WASHING<br>TON WASHINGTO DC 03-14-20 12:00 AM XXXXXXXXXXXX5996 | 42.99 |
| 03-16 | ' POS Purchase<br>POS PURCHASE TERMINAL 29274001 TJMAXX #0 1776 E J<br>EFFE ROCKVILLE MD 03-15-20 2:19 PM XXXXXXXXXXXX5996 | 43.43 |
| 03-16 | ' POS Pch Cash Back<br>POS PCH CSH BACK TERMINAL 30281704 CVS/PHARM 02817--1<br>418 WASHINGTO DC 03-15-20 3:23 PM XXXXXXXXXXXX5996 | 57.52 |
| 03-16 | ' POS Purchase<br>POS PURCHASE TERMINAL 98874001 WHOLEFDS PST 101<br>WASHINGTO DC 03-15-20 12:08 PM XXXXXXXXXXXX5996 | 127.14 |
| 03-17 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 02305370 WHOLEFDS PST 10135<br>WASHINGTO DC 03-16-20 12:00 AM XXXXXXXXXXXX5996 | 15.49 |
| 03-17 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 25247800 KEREN CAFE & RESTA<br>URAN WASHINGTO DC 03-16-20 12:00 AM XXXXXXXXXXXX5996 | 17.09 |
| 03-17 | ' POS Purchase<br>POS PURCHASE TERMINAL 98874001 WHOLEFDS PST 101<br>WASHINGTO DC 03-17-20 6:31 PM XXXXXXXXXXXX5996 | 91.63 |
| 03-18 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55429500 PP*KOACH DBA DC VI<br>P WASHINGTO DC 03-17-20 12:00 AM XXXXXXXXXXXX5996 | 17.00 |
| 03-18 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55490400 TAXI SVC WASHINGTO<br>N WASHINGTO DC 03-16-20 12:00 AM XXXXXXXXXXXX5996 | 17.45 |
| 03-18 | ' POS Pch Cash Back<br>POS PCH CSH BACK TERMINAL 03555453 COST PLUS WLD #302<br>WASHINGTO DC 03-18-20 2:14 PM XXXXXXXXXXXX5996 | 33.99 |
| 03-19 | ' POS Pch Cash Back<br>POS PCH CSH BACK TERMINAL 03555453 COST PLUS WLD #302<br>WASHINGTO DC 03-19-20 2:04 PM XXXXXXXXXXXX5996 | 46.15 |



**EAGLEBANK**

TOM P SWEENEY  
April 15, 2020

Page 4  
1359

| Date | Description | Subtractions |
|---|---|---|
| 04-03 | 'POS Purchase<br>MERCHANT PURCHASE TERMINAL 75454910 EVOLATION YOGA SANTA B CARPINTER CA 04-02-20 12:00 AM XXXXXXXXXXXX5996 | 5.00 |
| 04-03 | 'POS Purchase<br>POS PURCHASE TERMINAL 00000000 AMAZON.COM*H05MB4113 SEATTLE WA 03-31-20 11:28 AM XXXXXXXXXXXX5996 | 13.24 |
| 04-03 | 'POS Pch Cash Back<br>POS PCH CSH BACK TERMINAL 30621407 CVS/PHARM 06214--5355 WASHINGTO DC 04-03-20 8:01 AM XXXXXXXXXXXX5996 | 45.30 |
| 04-06 | 'ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL TW04A105 TD BANK WASHINGTO DC 04-04-20 2:38 PM XXXXXXXXXXXX5996 | 480.00 |
| 04-06 | 'POS Purchase<br>MERCHANT PURCHASE TERMINAL 02305370 CVS/PHARMACY #02817 WASHINGTO DC 04-04-20 12:00 AM XXXXXXXXXXXX5996 | 6.77 |
| 04-06 | 'POS Purchase<br>MERCHANT PURCHASE TERMINAL 55429500 PP*KOACH DBA DC VIP WASHINGTO DC 04-03-20 12:00 AM XXXXXXXXXXXX5996 | 15.00 |
| 04-06 | 'POS Purchase<br>POS PURCHASE TERMINAL 98874001 WHOLEFDS PST 101 WASHINGTO DC 04-04-20 8:02 AM XXXXXXXXXXXX5996 | 213.86 |
| 04-06 | 'ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL TW04A105 TD BANK WASHINGTO DC 04-04-20 2:38 PM XXXXXXXXXXXX5996 | 3.00 |
| 04-09 | 'POS Purchase<br>MERCHANT PURCHASE TERMINAL 55429500 PP*KOACH DBA DC VIP WASHINGTON DC 04-08-20 12:00 AM XXXXXXXXXXXX5996 | 15.68 |
| 04-10 | 'POS Purchase<br>MERCHANT PURCHASE TERMINAL 55429500 PP*KOACH DBA DC VIP WASHINGTO DC 04-09-20 12:00 AM XXXXXXXXXXXX5996 | 18.92 |
| 04-10 | 'POS Purchase<br>MERCHANT PURCHASE TERMINAL 02305370 WHOLEFDS PST 10135 WASHINGTO DC 04-09-20 12:00 AM XXXXXXXXXXXX5996 | 55.84 |
| 04-13 | 'POS Purchase<br>MERCHANT PURCHASE TERMINAL 02305370 CVS/PHARMACY #06214 WASHINGTO DC 04-10-20 12:00 AM XXXXXXXXXXXX5996 | 7.81 |
| 04-13 | 'POS Purchase<br>MERCHANT PURCHASE TERMINAL 02305370 CVS/PHARMACY #02817 WASHINGTO DC 04-12-20 12:00 AM XXXXXXXXXXXX5996 | 11.86 |
| 04-13 | 'POS Purchase<br>MERCHANT PURCHASE TERMINAL 52301860 SUNOCO 0352480801 QPS WASHINGTO DC 04-11-20 12:00 AM XXXXXXXXXXXX5996 | 13.16 |
| 04-13 | 'POS Purchase<br>MERCHANT PURCHASE TERMINAL 55429500 PP*KOACH DBA DC VIP WASHINGTO DC 04-10-20 12:00 AM XXXXXXXXXXXX5996 | 15.41 |
| 04-13 | 'POS Purchase<br>MERCHANT PURCHASE TERMINAL 55429500 PP*KOACH DBA DC VIP WASHINGTO DC 04-10-20 12:00 AM XXXXXXXXXXXX5996 | 19.70 |



**EAGLEBANK**

TOM P SWEENEY  Page 5
April 15, 2020  1359

| Date | Description | Subtractions |
|---|---|---|
| 04-13 | ' POS Purchase | 22.37 |
| | MERCHANT PURCHASE TERMINAL 55432860 SQ *ICE CREAM JUBI LEE Washingto DC 04-11-20 12:00 AM XXXXXXXXXXXX5996 | |
| 04-13 | ' POS Purchase | 32.59 |
| | MERCHANT PURCHASE TERMINAL 55310200 CHEESECAKE WASHINGTON WASHINGTO DC 04-10-20 12:00 AM XXXXXXXXXXXX5996 | |
| 04-13 | ' POS Purchase | 40.01 |
| | MERCHANT PURCHASE TERMINAL 02305370 CVS/PHARMACY #02817 WASHINGTO DC 04-11-20 12:00 AM XXXXXXXXXXXX5996 | |
| 04-13 | ' POS Purchase | 54.37 |
| | MERCHANT PURCHASE TERMINAL 55432860 COMCAST 800-COMCA MD 04-12-20 12:00 AM XXXXXXXXXXXX5996 | |
| 04-13 | ' POS Purchase | 117.67 |
| | MERCHANT PURCHASE TERMINAL 02305370 WHOLEFDS PST 10135 WASHINGTO DC 04-12-20 12:00 AM XXXXXXXXXXXX5996 | |
| 04-14 | ' POS Purchase | 10.58 |
| | MERCHANT PURCHASE TERMINAL 02305370 CVS/PHARMACY #06214 WASHINGTO DC 04-13-20 12:00 AM XXXXXXXXXXXX5996 | |
| 04-15 | ' Service Charge | 3.00 |
| | IMAGE STMT | |

**CREDITS**

| Date | Description | Additions |
|---|---|---|
| 03-26 | ' ATM Surchrg Reversal | 3.00 |
| 03-30 | ' Transfer Credit | 5,100.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT XXXXXXX3715 | |
| 04-01 | ' Transfer Credit | 5,100.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT XXXXXXX3715 | |
| 04-06 | ' ATM Surchrg Reversal | 3.00 |
| 04-07 | ' Transfer Credit | 10,200.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT XXXXXXX3715 | |
| 04-15 | ' Transfer Credit | 5,100.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT XXXXXXX3715 | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-15 | 9,937.48 | 03-25 | 227.99 | 04-07 | 12,389.35 |
| 03-16 | 5,049.38 | 03-26 | 107.99 | 04-09 | 12,373.67 |
| 03-17 | 4,925.17 | 03-27 | 74.04 | 04-10 | 9,898.91 |
| 03-18 | 4,856.73 | 03-30 | 5,061.14 | 04-13 | 9,563.96 |
| 03-19 | 4,810.58 | 03-31 | 1,983.14 | 04-14 | 9,553.38 |
| 03-20 | 2,397.06 | 04-01 | 6,456.18 | 04-15 | 14,650.38 |
| 03-23 | 372.47 | 04-03 | 4,404.98 | | |
| 03-24 | 305.17 | 04-06 | 3,689.35 | | |